# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Johnnie E. Robinson, III, | ) **JUDGMENT OF DISMISSAL** |
| | ) **IN A CIVIL CASE** |
| Plaintiff, | ) |
| | ) CV 12-1262-PHX-FJM |
| v. | ) |
| | ) |
| Youth Development Institute, | ) |
| | ) |
| Defendant(s). | ) |

____  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated November 8, 2012, judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice under Rule 4(m), Fed.R.Civ.P.

BRIAN D. KARTH
District Court Executive/Clerk

November 8, 2012

s/Kathy Gerchar
By: Deputy Clerk

cc: (all counsel)